# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 2020 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

michael@faillacelaw.com

January 25, 2019

BY ECF
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Cuizon v. George & Frank's Japanese Noodle Rest. Inc., et al.,
                18-cv-549 (AJN)

Dear Judge Nathan:

      The attorneys for Plaintiffs Ian Cuizon, Nan Aye Thida, Nia Williams, Pornping Theeradechakul, Pwint Su Wai Win, and Suphichaya Sodwan ("Plaintiffs") jointly submit this letter with Defendants in compliance with the Court's January 11, 2019 Order. After conferring, all parties do not consent to the jurisdiction of a magistrate judge at this time.

      The parties thank the Court for its time and attention to this matter.

                                    Respectfully Submitted,

                                    /s/Shawn Clark
                                    Shawn Clark
                                    MICHAEL FAILLACE & ASSOCIATES, P.C.
                                    Attorney for Plaintiffs