UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2020
```

Ian Cuizon, *et al.*,

                Plaintiffs,

    –v–

George & Frank's Japanese Noodle Restaurant, Inc. *et al*.,

                Defendants.

18-cv-549 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties in this FLSA action have filed a settlement agreement and joint letter pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199, 206 (2d Cir. 2015). *See* Dkt. No. 27. In that joint letter, the parties reference "Exhibit B" as containing a damages calculation, and "Exhibit C" as containing Plaintiff counsel's billing records. Neither exhibit, however, is attached to the parties' filing. *See id.* The parties are directed to submit these exhibits for the Court's review no later than August 7, 2020.

    SO ORDERED.

Dated: July 27, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge