UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/17/2020
```

---

Ian Cuizon, *et al.*,

              Plaintiffs,

       –v–

George & Frank's Japanese Noodle Restaurant, *et al.*

              Defendants.

---

18-cv-549 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The parties in this FLSA action have filed a settlement agreement and joint letter pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).  *See* Dkt. No. 27.  In that joint letter, the parties reference "Exhibit B" as containing a damages calculation, and "Exhibit C" as containing Plaintiff counsel's billing records.  Neither exhibit, however, was attached to the parties' filing.  *See id.*

On July 30, 2020, the Court ordered the parties "to submit these exhibits for the Court's review no later than August 7, 2020."  Dkt. No. 31.  As of this date, the Court is not in receipt of the two exhibits.  The parties must submit them no later than August 21, 2020.  Plaintiffs are warned that failure to strictly comply with the Court's deadline may result in dismissal of this action for failure to prosecute.  *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

       SO ORDERED.

Dated: August 12, 2020
     New York, New York

_____
ALISON J. NATHAN
United States District Judge