**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Ian Cuizon, *et al.*,

                Plaintiffs,

    -against-                                                  18 **CIVIL** 549 (AJN)

                                                            **<u>JUDGMENT</u>**

George & Frank's Japanese Noodle Rest. Inc., *et al.*,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 17, 2020, for the reasons explained in the Opinion and Order, the Court approves the settlement; Plaintiffs' counsel is to receive $9658.00 of the settlement amount, with $8200 allocated to attorneys' fees and $1,458 in costs, and the balance to go to Plaintiff; accordingly, this case is closed.

**Dated:**  New York, New York
           November 17, 2020

                                                                  **RUBY J. KRAJICK**
                                                                    _____
                                                                      **Clerk of Court**
                                       **BY:**
                                                                        **Deputy Clerk**